IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR NATURAL HEALTH US,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **KATHLEEN SEBELIUS, et al.,** <br><br> Defendants. | Case No. 1:09-cv-01546-RJL |

**NOTICE OF RECORD BEFORE THE COURT**

Plaintiffs and Defendants have conferred concerning whether a condensed version of the administrative record, filed by the Defendants on December 4, 2009, is necessary in this case. Plaintiffs believe that the entire scientific record and comment concerning it is germane to the Court's assessment of the arguments of counsel and, thus, use of the entire administrative record is appropriate. Plaintiffs have explained to Defendants their preference for use of the entire administrative record, and the Defendants have expressed no objections without waiving any arguments as to which portions of the record are relevant.

        Respectfully submitted,

        ALLIANCE FOR NATURAL HEALTH US;
        DURK PEARSON AND SANDY SHAW;
        COALITION TO END FDA AND FTC CENSORSHIP

        By:   /s/ Jonathan W. Emord
                Jonathan W. Emord
                Andrea G. Ferrenz
                Peter A. Arhangelsky
                Christopher K. Niederhauser

*Counsel for Plaintiffs*

EMORD & ASSOCIATES, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
P:  202-466-6937
F:  202-466-6938
Email:  jemord@emord.com

DATED:  October 6, 2010